IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF:<br><br>PEDRO JUAN FIGUEROA ORTEGA<br><br><br>XXX-XX-9181<br><br><br><br><br>**Debtor(s)** | CASE NO. 09-06452 SEK<br><br>Chapter 13 |
|---|---|

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

A hearing will be held at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, Second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico on **11/09/2010 at 09:00 A.M.** to act upon the following matters:

**APPLICATION FOR COMPENSATION FILED BY DEBTOR'S ATTORNEY (#31)**

San Juan, Puerto Rico, this September 23, 2010.

                                          CELESTINO MATTA-MENDEZ
                                          Clerk of the Court

                              BY: **CARMINA ROSADO LOZA**
                                          **Deputy Clerk**

cc:    All creditors